THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* BEN EARL BROWDER, Petitioner-Appellant.

(No. 60582;

First District (3rd Division)—June 5, 1975.

PER CURIAM.

Kenneth N. Flaxman, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Kevin Sweeney, Assistant State's Attorneys, of counsel), for the People.